IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

V.  CRIMINAL NO. 3:25-cr-59-DPJ-LGI

JOHNATHAN LEVON WARNER

**UNOPPOSED MOTION TO CONTINUE TRIAL**

COMES NOW the defendant, Johnathan Levon Warner, and respectfully moves this court to continue the trial scheduled for October 6, 2025, for the following reasons and in so doing waives his right to a Speedy Trial under 18 U.S.C. § 3161:

1.

The defendant, Johnathan Levon Warner, is charged in a ten-count indictment with violating 18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D), Engaging in the Business of Dealing Firearms Without a Firearms License and 18 U.S.C. §§ 922(a)(6) and 924(a)(2), False Statements to a Firearms Dealer.

2.

The Office of the Federal Public Defender was court appointed to represent the defendant, Johnathan Levon Warner, on this indictment at his arraignment on April 9, 2025.

3.

The defendant, Johnathan Levon Warner, requests that the trial date scheduled for October 6, 2025, be continued on the grounds that defense counsel needs additional time to meet with the defendant and reach an appropriate resolution.

4.

The Assistant United States Attorney, Sam Goff, Esq., has been contacted and has no objection to this motion.

WHEREFORE PREMISES CONSIDERED, the defendant respectfully requests that his MOTION FOR CONTINUANCE be granted and this matter reset, and any other relief the Court deems just and proper.

Respectfully submitted this the 3rd day of September, 2025.

JOHNATHAN LEVON WARNER, DEFENDANT

By: */s/Michael L. Scott*
Michael L. Scott, MB# 101320
Senior Litigator
Northern and Southern Districts of Mississippi
200 South Lamar Street, Suite 200-N
Jackson, MS 39201
Telephone: (601) 948-4284
Facsimile: (601) 948-5510
Email: mike_scott@fd.org

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I, Michael L. Scott, do hereby certify that on the 3rd day of September, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all parties of record.

                                          /s/*Michael L. Scott*
                                          Michael L. Scott
                                          *Senior Litigator*